# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:04cv167

| | |
|---|---|
| JACKSON TRADING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Extend Discovery Deadline. For cause, plaintiff has shown that it is engaging in settlement discussions and that, with the concurrence of the United States, it does not want to incur unnecessary expense in the event this matter does settle. Finding that good and adequate cause exists, that such extension will not impact dispositive motions or trial, and that counsel for the respective parties have moved this case forward in a most professional manner, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Discovery Deadline is **GRANTED,** and the deadline for taking the discovery deposition of L. Dean Gunter is **ENLARGED** up to and including June 15, 2005.

**Signed: May 16, 2005**

Dennis L. Howell
United States Magistrate Judge